**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | | |
|---|---|---|
| RONALD BRADBERRY, | ) | 3:11-CV-0668-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | October 30, 2012 |
| | ) | |
| NEVADA DEPARTMENT OF | ) | |
| CORRECTIONS, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:          LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

      Defendants filed a motion for leave to file Exhibit G under seal and Exhibit H *in camera* in support of defendants' motion for summary judgment (#40).  No opposition was filed. Pursuant to Local Rule 7-2(d), the failure of an opposing party to file points and authorities in response to any motion shall constitute a consent to the granting of the motion.  Therefore,

      **IT IS ORDERED** that defendants' motion for leave to file Exhibit G under seal and Exhibit H *in camera* in support of defendants' motion for summary judgment (#40) is **GRANTED**.  The exhibits (#41) are filed and shall remain under seal.

      **IT IS SO ORDERED.**

                              LANCE S. WILSON, CLERK

                    By:_____/s/_____
                              Deputy Clerk