**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| RONALD BRADBERRY, | 3:11-CV-0668-RCJ-VPC |
| Plaintiff, | |
| v. | **ORDER** |
| NEVADA DEPARTMENT OF CORRECTIONS, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff's Objection to Minute Order in Chambers Granting One-Time $10.00 Extension of State Imposed Legal Photocopy Limit (ECF No. 22) filed on July 11, 2012. The Magistrate Judge's Minute Order (ECF #17) granted in part Plaintiff's Motion for Funds to Prosecute this Action (ECF #12), allowing Plaintiff a one-time opportunity to exceed his photocopy limit in the amount of $10.00, and added an additional $10.00 to Plaintiff's prison account to be paid when Plaintiff had funds available. The Court further cautioned Plaintiff that he should careful consider the documents he intended to copy as the Court will not allow Plaintiff to exceed the copy limit by more than $10.00 under any circumstance.

The Court has conducted its review in this case, has fully considered the Plaintiff's motion, and other relevant matters of record pursuant to 28 U.S.C. §636 (b)(1), and concludes that the Magistrate Judge's ruling was neither clearly erroneous nor contrary to law.

///

///

///

///

IT IS HEREBY ORDERED that the Magistrate Judge's Minute Order (#17) will, therefore, be sustained and Plaintiff's Objection to Minute Order in Chambers Granting One-Time $10.00 Extension of State Imposed Legal Photocopy Limit (ECF #22) is DENIED.

IT IS SO ORDERED.

DATED: this 7th day of March, 2013.

_____
ROBERT C. JONES
CHIEF UNITED STATES DISTRICT JUDGE