UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \*\*

| | |
|---|---|
| RONALD BRADBERRY,<br><br>    Plaintiff,<br><br>v.<br><br>NEVADA DEPARTMENT OF<br>CORRECTIONS, *et al.*,<br><br>    Defendants. | CASE NO.: 3:11-CV-00668-RCJ-VPC<br><br>O R D E R |

The Court has considered the Report and Recommendation of United States Magistrate (ECF #100) entered on November 18, 2013, in which the Magistrate Judge recommends that the Court deny Defendants' Motion for Vexatious Litigant (#86). The Court has considered the pleadings and memoranda of the parties and other relevant matters of record and has made a review and determination in accordance with the requirements of 28 U.S.C. § 636 and applicable case law, and good cause appearing, the court hereby

ADOPTS AND ACCEPTS the Report and Recommendation of the United States Magistrate Judge (ECF #100).

IT IS HEREBY ORDERED that Defendants' Motion for Vexatious Litigant (#86) is DENIED without prejudice.

IT IS SO ORDERED this 6th day of January, 2014.

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE